```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  MATTHEW M. SCOBLE, Bar# 237432
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    JOSE MONTANEZ
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-00231-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| | ) | |
| JOSE MONTANEZ, | ) | DATE: August 30, 2012 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Morrison C. England Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, defendant, JOSE MONTANEZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Thursday, August 2, 2012, be continued to Thursday, August 30, 2012, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

///

1 | Speedy trial time is to be excluded from the date of this order
2 | through the date of the status conference set for August 30, 2012,
3 | pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to
4 | prepare] (Local Code T4).

DATED: July 31, 2012                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Matthew M. Scoble
                                        MATTHEW M. SCOBLE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JOSE MONTANEZ


DATED: July 31, 2012                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Matthew M. Scoble for
                                        TODD LERAS
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

///
///
///

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, July 30, 2012, through and including August 30, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4. A new status conference date is hereby set for August 30, 2012, at 9:00 a.m..

Dated: August 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE